SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6809
Fax: (415) 436-7234

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

3 07 70765

MEJ

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRIAN A. KOCH,<br>Defendant. | CRIMINAL NO.<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on December 26, 2007, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

- ☐ Indictment
- ☑ Information
- ☐ Criminal Complaint
- ☐ Other (describe) ______________________

pending in the Western District of Washington, Case Number CR 97-0400.

In that case, the defendant is charged with violations of Title 18, United States Code,

//

Sections 7 and 13, assimilating Rev. Code Wash. (RCW) § 46.61.502.

Description of Charges: Driving While Under the Influence of Alcohol.

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

Date: 12/27/07

Wendy Thomas
Special Assistant U.S. Attorney

AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Western District of Washington

DEC 4 8 30 AM '97 at Tacoma

UNITED STATES OF AMERICA
v.
BRIAN A KOCH

**WARRANT FOR ARREST**

CASE NUMBER: CR97-400

TO: The United States Marshal
and Any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest BRIAN A KOCH

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment ✓ Information ___ Complaint ___ Violation Notice ___ Probation Violation Petition ___ Order of court

Charging him or her with (brief description of offense)

DFT FAILED TO APPEAR FOR ARRAIGNMENT ON 12/2/97 TO ANSWER THE CHARGE OF:

DUI

In violation of Title 18 United States Code, Section (s) 7 & 13

Kelly A Miller, Deputy Clerk
Name and Title of Issuing Officer

Kelly A. Miller
Signature of Issuing Officer

December 4, 1997, at Tacoma, Washington
Date and Location

Bail fixed at $ to be determined at initial

by U.S. Magistrate Judge J. Kelley Arnold
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received | Name & Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

FILED LODGED RECEIVED
NOV 04 1997
CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, Plaintiff,

v.

BRIAN A. KOCH, Defendant.

NO. CR97-400

INFORMATION

The United States Attorney charges that:

On or about August 23, 1997, at Naval Submarine Base, Bangor, Silverdale, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, BRIAN A. KOCH did drive a motor vehicle while under the influence of liquor and or drugs.

All in violation of Title 18, United States Code, Section 7 and 13, and RCW 46.61.502.

DATED this 24th day of Octob, 1997.

KATRINA C. PFLAUMER
United States Attorney

[signature]

J. ALLEN HELTON, II
Special Assistant
United States Attorney

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By [signature] Deputy Clerk

INFORMATION (KOCH)

Page 1 of 1 pages

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON 98104
(206) 553-7970

mail USM TPU 333-4867

UNITED STATES DISTRICT COURT
**VIOLATION NOTICE**

Violation No. N913990

CVB Loc. Code: WW45 | Officer No. 135 | Officer's Signature: B.D. Troutman

**VIOLATION CHARGE**

Date: 08 23 97 | Time: 0015 AM | Arrest: [X] Yes [ ] No

Viol. Code: 11 | Offense Code: R.C.W. 46.61.502 (DUI) | Place of Offense: Trident Ave NSB Bangor, Silverdale WA. 98315 (Bangor Trident Ave...)

Offense Description: DRiving under the influence

CCN 97AUG-0620

Parking / Speeding / Viol. Sign / Traffic / Weather: [X] Night [X] Light [X] Dry

**IDENTIFY THE VIOLATOR**

Last Name: Koch | First Name: BRiAN | Initial: A.

Street Address: BLDG 2019, TPU, NSB BANGOR

City: Silverdale | State: WA. | Zip Code: 98315

Birth Date: 10/06/65 | Sex: M | Height: 74 | Weight: 230

Driver's License No. or SSN: IL K200-046-6285 | State: IL | [X] Adult [ ] Juvenile

**VEHICLE DESCRIPTION**

Tag Number: 3PYP791 | Year: 66 | Color: BAD | State: CA | Vehicle Make: SATURN | Vehicle Body: SEDAN

**COURT APPEARANCE**

Court Address: Will Be Notified By MAil | Date | Time

[X] A - MANDATORY APPEARANCE: If box A is checked, you must appear in court at the time and place shown above. If no court appearance date is shown, you will be notified of your appearance date.

[ ] B - OPTIONAL APPEARANCE: If box B is checked, you must either 1. Pay the collateral amount shown by mailing or delivering to the clerk. 2. Appear in court at the time and place shown above. If no court appearance date is shown above, you will be notified of your appearance date.

COLLATERAL $________

DD Form 1805, AUG 85 (Accountable) Previous editions are obsolete.

Part 1 - CVB Copy

Conviction BAC ______ [ ] Refused

Plus BAC Conviction Section [ ] 4 [ ] 5 [ ] 6

Suspended (revoked) (NNN days) for Conviction Under Section 4

______ days (To be determined by court)

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 23 AUGUST, 1997, while exercising my duties as a law enforcement officer in the WESTERN District of WASHINGTON NSB Bangor, Silverdale, WA. 98315

I was dispatched to Trident Street and Barbel Silverdale WA. to investigate a ton Vehicle Accident involving Resident. During my investigation I determined Koch was intoxicated.

The foregoing statement is based upon:
[X] my personal observation [X] my personal investigation
[ ] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 23AUG1997 (Date) B.D. Troutman (Signature)

B.D. TROUTMAN SGT SUBASE Police (Print Name and Title)

Probable cause has been stated for the issuance of a warrant for the arrest of the defendant named or identified herein.

______ Date ______ United States Magistrate

WAIVER TO APPEAR

(Violation Number)

My signature below signifies that I have received a copy of the violation notice. It is not an admission of guilt. I promise to appear for trial at the time and place specified on the violation notice or any other date set by the court in the future.

______ (Signature of Defendant)

B.D. Troutman (Signature of Officer) 23AUG97 (Date)

United States Department of Justice
United States Marshals Service



# DETAINER

## AGAINST UNSENTENCED PRISONER

**BASED ON FEDERAL ARREST WARRANT**

Sgt Karl McCoster (sp)
415 499 7316
Booking Office

UNITED STATES MARSHAL
Eastern DISTRICT OF California (Sacramento)

**TO:** **Solano County Jail**
***530 Union Ave. Suite 100***
***Fairfield, CA 94533***

***Superceding Detainer***

***Or any other CDC facility or Jail where this subject maybe housed***

**DATE:** December 17, 2007
**SUBJECT:** **KOCH, BRIAN A.**
**CDC/Bkng #:** **DOB: 10/6/1965**
**BAIL AMT:** ** NO BAIL **
**CASE #:** **CR97-409**

Please accept this Detainer against the above-named subject who is an unsentenced prisoner currently in your custody. The United States District Court for the Western District of Washington has issued a warrant for arrest order(s) charging the subject with the commission of the following offense(s):

**FAILURE TO APPEAR FOR ARRAIGNMENT - 18 USC 7 AND 13**

Prior to the subject's release from your custody, please notify below POC at once so that they may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do **NOT** apply to this Detainer because the subject is not currently serving a sentence of imprisonment at the time the Detainer is lodged. **IF THIS SUBJECT IS SENTENCED WHILE THIS DETAINER IS IN EFFECT, PLEASE NOTIFY THIS OFFICE AT ONCE.**

Please acknowledge receipt of this Detainer. In addition, please provide one copy of the Detainer to the subject and return one copy of the Detainer to this office in the enclosed self-addressed envelope.

Very truly yours,
Antonio C. Amador
*United States Marshal*

**RECEIPT**

*Date:*
*Signed:*
*By:*
*Title:*

Elmer Eustaquio
Warrants Division
Tel. No. (916) 930-2060
Fax No. (916) 930-2050

12/27
P/U
12:30/1PM

PRIOR EDITIONS ARE OBSOLETE AND NOT TO BE USED

Form USM-16a
EST 11/98

Western Dist
Seattle WASH = San Francisco
Frani 415 436 7678
FAX
415-436- 7622

DEC-11-2007 MON 04:21 PM USMS SEATTLE WARRANTS FAX NO. 2063708674 P. 01

AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Western District of Washington

DEC 4 11 30 AM '97 at Tacoma

UNITED STATES OF AMERICA
v.
BRIAN A KOCH

**WARRANT FOR ARREST**

CASE NUMBER: CR97-400

RECEIVED U.S. MARSHAL DEC 5 11 19 AM '97

TO: The United States Marshal
and Any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest BRIAN A KOCH

and bring him or her forthwith to the nearest magistrate to answer a(n)

__ Indictment ✓ Information __ Complaint __ Violation Notice __ Probation Violation Petition __ Order of court

Charging him or her with (brief description of offense)

DFT FAILED TO APPEAR FOR ARRAIGNMENT ON 12/2/97 TO ANSWER THE CHARGE OF:

DUI

In violation of Title 18 United States Code, Section (s) 7 & 13

Kelly A Miller, Deputy Clerk
Name and Title of Issuing Officer

Kelly A. Miller
Signature of Issuing Officer

December 4, 1997, at Tacoma, Washington
Date and Location

Bail fixed at $ to be determined at initial

by U.S. Magistrate Judge J. Kelley Arnold
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received | Name & Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |