**FILED**
DEC 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff(s),<br>v.<br>BRIAN A. KOCH,<br>    Defendant(s). | No. 3-07-70765 MEJ<br>REMOVAL ORDER - OUT OF CUSTODY |

IT APPEARING that an Information has been filed in the Western District of Washington charging the defendant above-named, with a violation of Title 18, United States Code, Section 7 and 13.

IT IS HEREBY ORDERED that the defendant be released on $25,000 unsecured bond, to report to the United States District Court for the Western District of Washington on January 11, 2008, before the duty magistrate judge, and to abide by further orders of that Court. Any money posted as bail shall be transmitted to the clerk in the district where the offense was allegedly committed.

Dated: December 28, 2007

                                              NANDOR J. VADAS
                                              United States Magistrate Judge