**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**FILED**

JAN 1 4 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

_____ FILED _____ LODGED
_____ RECEIVED

JAN 0 7 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

Office of the Clerk
U.S. District Court
1717 Pacific Ave.
Tacoma WA 98402

Jan. 3, 2008

| | |
|---|---|
| Case Name: | US v. Brian A. Koch |
| Case Number: | 3:07-70765 MAG |
| Charges: | 18:7 and 13 assimilating rev. code Wash. (RCW) 46.61.502 driving while under influence of alcohol |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge _____ The following action has been taken:

☑ The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
☑ The defendant has a court appearance in your court on: 1/11/08

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*

✓ ~~Please~~ acknowledge receipt of the documents on the attached copy of this letter and return ~~the en~~velope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____

Date: _____    **CLERK, U.S. DISTRICT COURT**